ACCEPTED
08-22-00016-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
1/18/2022 5:45 PM
ELIZABETH G. FLORES
CLERK

08-22-00069-CV

**Cause No. 08-22-000669-CV**

| | | |
|---|---|---|
| IN THE MATTER OF THE<br>MARRIAGE OF | §<br>§<br>§ | **COURT OF APPEALS** |
| SPENCER HARRISON COTE AND<br>DAWN JANNISE COTE | §<br>§<br>§<br>§ | **EIGHTH DISTRICT OF TEXAS** |
| AND IN THE INTEREST OF K.G.C.,<br>A CHILD | §<br>§<br>§ | **EL PASO, TEXAS** |

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
1/18/2022 5:45:04 PM
ELIZABETH G. FLORES
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE REPORTER'S RECORD

Appellee and Cross-Appellant, SPENCER HARRISON COTE, through his attorney of record, ANDREW N. SPEER, respectfully requests the Court to extend the time to file the reporter's record.

1.      Appellant and Cross-Appellee is DAWN JANNISE COTE. Appellee is SPENCER HARRISON COTE.

2.      The reporter's record was due to be filed on Tuesday, January 18, 2022.  Appellee has only recently retained appellate counsel, and to Appellee's knowledge, the record of the proceedings related to the appeal were made via an automated recording program, with no designated court reporter.

3.      Appellee requests an additional thirty (30) days from the time of filing to file the reporter's record, extending the time until Friday, February 17, 2022.

4. Appellee respectfully requests the Court the relief requested herein and  grant an extension of time to file the reporter's record brief until Friday, February 17, 2022.

Respectfully submitted,

Walters Gilbreath PLLC
3811 Turtle Creek Blvd., Suite 1000
Dallas, Texas 75219
Tel: (469) 202-0447 | Fax: (713) 300-3951

/s/ Andrew N. Speer
ANDREW N. SPEER
State Bar No. 24098457
service@waltersgilbreath.com
Attorney for Appellee

## **VERIFICATION**

The undersigned states under oath: "I am the attorney for Appellee in the foregoing *Motion for Extension of Time to File Reporter's Record*." I have read the *Motion for Extension of Time to File Reporter's Record* and the statements contained therein are within my personal knowledge and are true and correct.

ANDREW N. SPEER
Attorney for Appellee

## **C.P.R.C. § 132.001 UNSWORN DECLARATION**

"My name is Andrew (first) Neven (middle) Speer (last). My date of birth is January 9, 1987, and my address is 3811 Turtle Creek Blvd., Suite 1000 (street and number), Dallas (city), Texas (state), 75219 (zip code), and United States of America (country).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Dallas County, State of Texas on the 18th day of January (month), 2022 (year)."

Andrew N. Speer
Declarant

## CERTIFICATE OF CONFERENCE

I certify that I have attempted to confer with counsel for Appellant by email on January 18, 2022, but have unable to obtain a response. It is unknown if they are opposed or unopposed to this Motion for Extension of Time to File Reporter's Record.

/s/ Andrew N. Speer
ANDREW N. SPEER
Attorney for Appellee


## CERTIFICATE OF SERVICE

As required by the Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d), and (e), I certify that I served this document on the party listed below on 1/18/2022as follows:

***Via Electronic Service and Email: rdavis@attorneyrickdavis.com***
Rick Davis
Rick Davis & Associates
504 East 27th St.
Bryan, Texas 77803
Attorney for Appellant

/s/ Andrew N. Speer
ANDREW N. SPEER
Attorney for Appellee

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrew Speer on behalf of Andrew Speer
Bar No. 24098457
andrew.speer@waltersgilbreath.com
Envelope ID: 60924269
Status as of 1/19/2022 9:54 AM MST

Associated Case Party: SpencerHarrisonCote

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brian D.Walters | | service@waltersgilbreath.com | 1/18/2022 5:45:04 PM | SENT |
| Andrew N.Speer | | andrew.speer@waltersgilbreath.com | 1/18/2022 5:45:04 PM | SENT |
| Elyse Norman | | elyse.norman@waltersgilbreath.com | 1/18/2022 5:45:04 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Youca Canales | | ycanales@attorneyrickdavis.com | 1/18/2022 5:45:04 PM | SENT |

Associated Case Party: DawnJanniseCote

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rick Davis | | rdavis@attorneyrickdavis.com | 1/18/2022 5:45:04 PM | SENT |